### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

CATHERINE HARRIS, and
GEORGE HARRIS,

    Plaintiffs,

vs.                              CASE NO.: CV-07-J-1839-S

HOUSEHOLD FINANCE CORPORATION
OF NEVADA,

    Defendant.

### ORDER

The court having been informed that this case has been amicably settled and should be dismissed with prejudice

It is therefore **ORDERED** by the court that this case be and hereby is **DISMISSED WITH PREJUDICE.**  Each party shall bear its own costs.

**DONE** and **ORDERED** this the 5th day of March, 2008.

_____
        INGE PRYTZ JOHNSON
        U.S. DISTRICT JUDGE